No. 928. ARMAND SCHMOLL, INC. v. FEDERAL RESERVE BANK OF NEW YORK. March 16, 1942. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Hersey Egginton* for petitioner. *Messrs. Allen T. Klots, Walter S. Logan,* and *G. Schuyler Tarbell, Jr.* for respondent. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* filed a memorandum on behalf of the United States, as *amicus curiae,* urging denial of the petition.

No. 930. SCHERCK, RICHTER Co. v. DYSART ET AL., MEMBERS OF THE CENTRAL PROPERTIES FIRST MORTGAGE BONDHOLDERS' COMMITTEE, ET AL. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lyle M. Allen* for petitioner. *Mr. Thomas S. McPheeters* for respondents.

No. 931. NORTH ELECTRIC MANUFACTURING Co. v. NATIONAL LABOR RELATIONS BOARD. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Arthur D. Baldwin* and *Clare M. Vrooman* for petitioner. *Solicitor General Fahy* and *Messrs. Robert B. Watts, Ernest A. Gloss,* and *Morris P. Glushien* for respondent.

No. 936. CORBETT v. HALLIWELL. March 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edward L. Corbett* and *Arthur B. O'Keefe* for petitioner. *Mr. William J. Larkin, Jr.* for respondent.